# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>ROBERTO ARMENTA-PALAZUELOS (1),<br>ALFREDO ARMENTA-PALAZUELOS (2)<br>  Defendants. | CASE NO. 20cr3125-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in this matter be continued from November 13, 2020 at 1:30 p.m. to December 4, 2020, at 1:30 p.m. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 18 and subsequent related orders.

**SO ORDERED.**

DATED: October 27, 2020

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge

20cr3125-JLS