# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 20CR3125-JLS |
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| **ROBERTO ARMENTA-PALAZUELOS** | |
| and | |
| **ALFREDO ARMENTA-PALAZUELOS,** | |
| **Defendants.** | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter shall be continued from December 4, 2020 to January 15, 2021 at 1:30 p.m. Defendants shall file acknowledgements of the new hearing date by December 11, 2020.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: December 2, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge