# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 20CR3125-JLS |
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| **ROBERTO ARMENTA-PALAZUELOS (1)** | |
| and | |
| **ALFREDO ARMENTA-PALAZUELOS (2)**, | |
| **Defendants.** | |

Pursuant to joint motion, IT IS HEREBY ORDERED that the motion hearing/trial setting in this matter is continued from March 12, 2021 to April 30, 2021 at 1:30 p.m. Defendants shall file acknowledgements of the new hearing date by April 2, 2021.

The Court finds the delay attributable to this continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 18 and subsequent related orders.

**SO ORDERED.**

Dated: March 10, 2021

Hon. Janis L. Sammartino
United States District Judge