# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 20CR3125-JLS |
| **Plaintiff,** | |
| v. | **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| **ROBERTO ARMENTA-PALAZUELOS** | |
| and | |
| **ALFREDO ARMENTA-PALAZUELOS,** | |
| **Defendants.** | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting is continued from April 30, 2121 to June 25, 2021 at 1:30 p.m. Defendants shall file acknowledgements of the new hearing date by May 14, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:   April 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge