# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 20CR3125-JLS |
| Plaintiff, | |
| v. | |
| **ROBERTO ARMENTA-PALAZUELOS** | |
| and | |
| **ALFREDO ARMENTA-PALAZUELOS,** | **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| **Defendants.** | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter shall be continued from June 25, 2021 to August 27, 2021 at 1:30 p.m. Defendants shall file acknowledgements of the new hearing date by July 16, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: June 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge