UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 20cr3125-JLS |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ROBERTO ANTONIO ARMENTA-PALAZUELOS (1), ) | |
| ALFREDO ARMENTA-PALAZUELOS (2) ) | |
| Defendants. | |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting shall be continued from August 27, 2021 at 1:30 p.m. to October 15, 2021, at 1:30 p.m. Defendants shall file acknowledgments of the new hearing date by September 10, 2021.

The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 63-D.

IT IS SO ORDERED.

DATED: August 25, 2021

Honorable Janis L. Sammartino
United States District Judge