1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No. 20CR3125-JLS |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ROBERTO ARMENTA-PALAZUELOS** | ) | |
| | ) | |
| **and** | ) | |
| | ) | **ORDER TO CONTINUE** |
| **ALFREDO ARMENTA-PALAZUELOS,** | ) | **MOTION HEARING/TRIAL SETTING** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to joint motion, the motion hearing/trial setting in this matter is continued from October 15, 2021 to December 3, 2021 at 1:30 p.m. Defendants shall file acknowledgments of the new hearing date by October 22, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: October 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge