# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>ROBERTO ARMENTA-PALAZUELOS<br>and<br>ALFREDO ARMENTA-PALAZUELOS,<br>　　　　**Defendants.** | Case No. 20CR3125-JLS<br><br>**ORDER TO CONTINUE<br>MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting is continued from December 3, 2021 to January 21, 2022 at 1:30 p.m. Defendants shall file acknowledgments of the new hearing date by December 1, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated: November 19, 2021

　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge